**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Westchester Fire Insurance Company, | ) | No. CV 11-0456-PHX-SMM |
| Plaintiffs, | ) | |
| v. | ) | **JUDGMENT** |
| ML Liquidating Trust et al., | ) | |
| Defendants. | ) | |

Pursuant to the parties' Stipulation for Entry of Judgment filed by the attorneys for all parties having been named or having intervened herein, except those parties previously defaulted, and it appearing that the Motion To Intervene/Objection To Settlement and Motion To Stay Mediation filed by William Lewis, et al. (Doc. 116) having been withdrawn by formal Notice dated February 27, 2012 (Doc. 117), and it appearing that all parties now claiming or asserting a right to the funds herein having joined in this Stipulation for allocation and distribution of the funds held by this court, and for good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the $3,740,870 ("the Interpleaded Funds") interpleaded and deposited by Westchester Fire Insurance Company (Doc. 69) from the Directors & Officers ("D&O") section of Mortgages Ltd.'s Business and Management Indemnity Policy No. BMI20047145 ("the Policy") shall be allocated and disbursed forthwith as follows:

1.      Defendants Robert Facciola, The Robert Maurice Facciola Trust dated December 2, 1994, Honeylou C. Reznik, The Morris Reznik and Honeylou C. Reznik Trust, Jewel Box Loan Company, Inc., Jewel Box, Inc., H-M Investments, LLC, Fred C. Hagel and

1  Jacqueline M. Hagel Revocable Trust dated March 15, 1995, and Judith A. Baker ("the
2  Facciola group") will receive one-million four-hundred twenty-three thousand and
3  eight-hundred seventy dollars ($1,423,870) plus 38% of the interest that has accrued on the
4  principal amount of $3,740,870, as described below. The Clerk will forthwith make a check
5  in this amount jointly payable to "Bonnett, Fairbourn, Friedman & Balint, PC and Tiffany
6  & Bosco, PA, in trust." The check shall be delivered to Francis J. Balint, Bonnett, Fairbourn,
7  Friedman & Balint, PC, 2901 N. Central Avenue, Suite #1000, Phoenix, AZ 85012.

8      2.    Defendants Joseph L. Baldino, Helen M. Baldino, Baldino Family Revocable
9  Living Trust Dated May 26, 1994, Helen M. Baldino And Joseph L. Baldino Meridian
10 Financial Corporation Profit Sharing Plan and Retirement Trust, Eva Sperber-Porter,
11 Baseline & Val Vista Associates, LP, and Litchfield Road Associates, LP ("the Baldino
12 group") will receive one-million one-hundred-and-fifty-thousand dollars ($1,150,000) plus
13 31% of the interest that has accrued on the principal amount of $3,740,870, as described
14 below. The Clerk will forthwith make a check in this amount payable to "Gordon Silver
15 Trust Account." The check shall be delivered to Ronald Warnicke, Gordon Silver, One East
16 Washington Street, Suite 400, Phoenix, AZ 85004.

17     3.    Defendant Victims Recovery, LLC will receive seven-hundred thousand dollars
18 ($700,000) plus 19% of the interest that has accrued on the principal amount of $3,740,870,
19 as described below. The Clerk will forthwith make a check payable to "Victims Recovery,
20 LLC" in the amount of five-hundred and thirty-thousand dollars ($530,000) plus the accrued
21 interest, and the Clerk will forthwith make a check payable in the amount of one-hundred and
22 seventy-thousand ($170,000) dollars to "Zeitlin & Zeitlin, P.C. as Trustee for Victims
23 Recovery." Both checks shall be delivered to Dale S. Zeitlin, 5050 N. 40th Street, Suite 330,
24 Phoenix, AZ 85018.

25     4.    Defendants Michael Denning, Todd Brown, and Manuel Alemany ("the
26 Denning, Brown, and Alemany group") will receive three-hundred-and-seventeen-thousand
27 dollars ($317,000) plus 8% of the interest that has accrued on the principal amount of

1  $3,740,870, as described below.  The Clerk will forthwith make a check in this amount
2  payable to the "Roshka DeWulf & Patten PLC IOLTA Account."  The check shall be
3  delivered to Jeffrey Gardner, Roshka DeWulf & Patten, PLC, One Arizona Center, 400 East
4  Van Buren St., Suite 800, Phoenix, AZ 85004.

5        5.      Defendant Robert Furst ("Furst") will receive one-hundred-and-fifty-thousand
6  dollars ($150,000) plus 4% of the interest that has accrued on the principal amount of
7  $3,740,870, as described below.  The Clerk will forthwith make a check in this amount
8  payable to "Robert G. Furst."  The check shall be delivered to Robert Furst, 4201 North 57th
9  Way, Phoenix, Arizona 85018.

10       To the extent the Interpleaded Funds have accrued any interest, it is further
11  **ORDERED, ADJUDGED AND DECREED** that such interest shall be distributed to the
12  Facciola group, the Baldino group, Victims Recovery, the Denning, Brown, and Alemany
13  group, and Furst on a pro rata basis in accordance with their respective percentages of the
14  total Interpleaded Funds.

15       **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendants
16  Ryan Walter, Phillip Sollomi, Jr., the Estate of Scott M. Coles, SMC Revocable Trust Dated
17  December 22, 1994, Yi Yang, George Everette, and Ashley Coles shall, each and every one
18  of them, receive no amount of the Interpleaded Funds.

19       **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the above
20  allocations represent the total amount of insurance proceeds available to each of the
21  Defendants under the D&O section of the Westchester Policy that is the subject of this
22  litigation.

23       **IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that Westchester has
24  fully and in good faith satisfied all of its obligations to Defendants and its insureds under the
25  D&O section of the Policy.

26  ///
27  ///
28

- 3 -

1  **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all parties shall
2  bear their own attorneys' fees, costs and expenses incurred in this action.
3  DATED this 9th day of April, 2012.

*[signature]*

Stephen M. McNamee
Senior United States District Judge